JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUBON INSURANCE COMPANY, LTD., | Case No.: 8:18-CV-00501-JLS (JEMx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CHERRY TRUCKING, INC., a California corporation; GARFIELD TRUCKING COMPANY, a California corporation; RED PEARL LOGISTICS, a California corporation; FEDEX SUPPLY CHAIN, INC., a Delaware corporation; FEDEX TRUCKLOAD BROKERAGE, INC., a Delaware corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Defendants Cherry Trucking, Inc., Garfield Trucking Company and Red Pearl Logistics (the "Defendants") having been duly served with process, having failed to appear and answer the Complaint filed by Plaintiff Fubon Insurance Company, Ltd. herein, and the defaults of each Defendant having been duly entered, and after having heard and the Court having considered the evidence and arguments presented in Plaintiff's motion,

1      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff recover
2 judgment against Defendants in the amount of $244,800.00.  In accordance with Local Rule 54-
3 3, Plaintiff must submit a "Bill of Costs" and an "Application to the Clerk to Tax Costs" to
4 recover any eligible litigation costs in this action.  *See* C.D. Cal. R. 54-2, 54-2.1.

DATED:  April 03, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE